BRENOCH WIRTHLIN, ESQ.
Nevada Bar # 10282
FENNEMORE CRAIG, P.C.
300 S 4th Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile:   (702) 692-8099
Email: bwirthlin@fclaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAVLIN NINE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CALLISTER & ASSOCIATES, LLC, a Nevada limited liability company; and MATTHEW Q. CALLISTER, individually as guarantor.<br><br>Defendants. | Case No.:  2:18-cv-01922-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND**<br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, JAVLIN NINE, LLC, ("Plaintiff"), and Defendants, CALLISTER & ASSOCIATES, LLC, and MATTHEW Q. CALLISTER, (collectively "Defendants"), by and through their respective counsel, as follows:

1. On 10/5/2018 Defendants filed their Petition for Removal ("Petition");

2. On 10/8/2018 Defendants files their Response ("Response") to Plaintiff's motion to confirm arbitration award;

3. On 10/8/18 Defendants filed their Countermotion to Vacate Arbitration Award ("Countermotion");

4. Plaintiff has very recently obtained new counsel and requests additional time to respond to the Petition, Response and Countermotion;

NOW THEREFORE IT IS STIPULATED AS FOLLOWS:

5. Plaintiff shall have until and including October 29, 2018, to respond to the Response;

14323821.1/048955.0001

6. Plaintiff shall have until and including October 29, 2018, to respond to the Countermotion;

7. Plaintiff does not waive, and expressly reserves, the right to respond to the Petition through a motion for remand or otherwise as provided in the FRCP and local rules of this Court.

| **FENNEMORE CRAIG, P.C.** | **CALLISTER LAW GROUP** |
|---|---|
| By: */s/ Brenoch R. Wirthlin* <br> Brenoch Wirthlin, Esq., NV Bar #10282 <br> 300 S 4th Street, Suite 1400 <br> Las Vegas, Nevada 89101 <br> *Attorney for Plaintiff* | By: */s/ Mitchell S. Bisson* <br> Mitchell S. Bisson, Esq., NV Bar #11920 <br> 330 E. Charleston Boulevard, Suite 100 <br> Las Vegas, NV 89104 <br> *Attorney for Defendants* |

## **ORDER**

**IT IS SO ORDERED.**

**DATED** this  22  day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

14323821.1/048955.0001