BRENOCH WIRTHLIN, ESQ.
Nevada Bar # 10282
FENNEMORE CRAIG, P.C.
300 S 4th Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: bwirthlin@fclaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAVLIN NINE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CALLISTER & ASSOCIATES, LLC, a Nevada limited liability company; and MATTHEW Q. CALLISTER, individually as guarantor. <br><br> Defendants. | Case No.: 2:18-cv-01922-GMN-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND** <br> **[SECOND REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, JAVLIN NINE, LLC, ("Plaintiff"), and Defendants, CALLISTER & ASSOCIATES, LLC, and MATTHEW Q. CALLISTER, (collectively "Defendants"), by and through their respective counsel, as follows:

1. On 10/5/2018 Defendants filed their Petition for Removal ("Petition");

2. On 10/8/2018 Defendants files their Response ("Response") to Plaintiff's motion to confirm arbitration award;

3. On 10/8/18 Defendants filed their Countermotion to Vacate Arbitration Award ("Countermotion");

4. Plaintiff has very recently obtained new counsel who is negotiating this matter with Defendants' counsel and all parties stipulate to Plaintiff having additional time to respond to the Petition, Response and Countermotion;

NOW THEREFORE IT IS STIPULATED AS FOLLOWS:

5. Plaintiff shall have until and including November 16, 2018, to respond to the Response;

6. Plaintiff shall have until and including November 16, 2018, to respond to the Countermotion;

7. Plaintiff does not waive, and expressly reserves, the right to respond to the Petition through a motion for remand or otherwise as provided in the FRCP and local rules of this Court.

| FENNEMORE CRAIG, P.C. | CALLISTER LAW GROUP |
|---|---|
| By: */s/ Brenoch R. Wirthlin* <br> Brenoch Wirthlin, Esq., NV Bar #10282 <br> 300 S 4th Street, Suite 1400 <br> Las Vegas, Nevada 89101 <br> *Attorney for Plaintiff* | By: */s/ Mitchell S. Bisson* <br> Mitchell S. Bisson, Esq., NV Bar #11920 <br> 330 E. Charleston Boulevard, Suite 100 <br> Las Vegas, NV 89104 <br> *Attorney for Defendants* |

## ORDER

**IT IS SO ORDERED.**

**DATED** this  29  day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court