**MITCHELL S. BISSON, ESQ.**
Nevada Bar No. 11920
**CALLISTER LAW GROUP**
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
Tel No.: (702) 385-3343
Fax No.: (702) 385-2899
Email: mbisson@callcallister.com
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAVLIN NINE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CALLISTER & ASSOCIATES, LLC, a Nevada limited liability company; and MATTHEW Q. CALLISTER, individually as guarantor.<br><br>Defendants. | Case No.: 2:18-cv-01922-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND**<br>**[THIRD REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, JAVLIN NINE, LLC, ("Plaintiff"), and Defendants, CALLISTER & ASSOCIATES, LLC, and MATTHEW Q. CALLISTER, (collectively "Defendants"), by and through their respective counsel, as follows:

1. On 10/5/2018, Defendants filed their Petition for Removal ("Petition") [Dkt. 3];

2. On 10/8/2018, Defendants filed their Response to Plaintiff's Motion to Confirm Arbitration Award ("Response") [Dkt. 6];

3. On 10/8/2018, Defendants filed their Countermotion to Vacate Arbitration Award ("Countermotion") [Dkt. 7];

4. On 10/30/2018, Plaintiff filed a Motion for Remand [Dkt. 14];

5. On 10/30/2018, Plaintiff also filed a Motion to Substitute Plaintiff [Dkt. 15].

NOW THEREFORE IT IS STIPULATED AS FOLLOWS:

6. Defendants shall have until and including November 23, 2018 to file a Response to Motion for Remand [Dkt. 14];

7. Defendants shall have until and including November 23, 2018 to file a Response to the

Motion to Substitute Plaintiff [Dkt. 15];

8. Plaintiff shall have until and including December 12, 2018, to file a Reply to Defendants' Response to Motion to Confirm Arbitration Award [Dkt. 6];

9. Plaintiff shall have until and including December 12, 2018, to file a Response to Defendants' Countermotion to Vacate Arbitration Award [Dkt. 7].

DATED this 13th day of November, 2018.

| **CALLISTER LAW GROUP** | **FENNEMORE CRAIG, P.C.** |
|---|---|
| By: /s/ Mitchell S. Bisson, Esq. | By: /s/ Brenoch Wirthlin, Esq. |
| Mitchell S. Bisson, Esq., NV Bar #11920 | Brenoch Wirthlin, Esq., NV Bar #10282 |
| 330 E. Charleston Boulevard, Suite 100 | 300 S 4th Street, Suite 1400 |
| Las Vegas, Nevada 89104 | Las Vegas, NV 89101 |
| *Attorney for Petitioner* | *Attorney for Respondent* |

## **ORDER**

**IT IS SO ORDERED.**

**DATED** this 13 day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court