BRENOCH WIRTHLIN, ESQ.
Nevada Bar # 10282
FENNEMORE CRAIG, P.C.
300 S 4th Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile:   (702) 692-8099
Email: bwirthlin@fclaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAVLIN NINE, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>CALLISTER & ASSOCIATES, LLC, a Nevada limited liability company; and MATTHEW Q. CALLISTER, individually as guarantor.<br><br>        Defendants. | Case No.:  2:18-cv-01922-GMN-PAL<br><br><br>**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO RULE 7.1** |

The undersigned, counsel of record for Plaintiff, JAVLIN NINE, LLC, ("Javlin Nine"), pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, certifies that on or around September 25, 2018, Javlin Nine conveyed all of its assets – including its claims against Defendants herein – to Titan Asset Purchasing, LLC, a Nevada limited liability company ("Titan Asset").   Accordingly, Titan Asset has a direct, pecuniary interest in the outcome of this matter.  These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED this 19th day of November, 2018.

FENNEMORE CRAIG, P.C.


By:_____
Brenoch Wirthlin, Esq., NV Bar No.:10282
Chelsie Adams, Esq., NV Bar No.: 13058
300 S 4th Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

14323815.1/048955.0001

**FENNEMORE CRAIG, P.C.**
300 S 4th Street, Suite 1400
Las Vegas, Nevada 89101
Tel: (702) 692-8000    Fax: (702) 692-8099

## CERTIFICATE OF SERVICE

I certify that I am an employee of Fennemore Craig, P.C., and that on <u>Mon, Nov 19, 2018</u>, I served a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES PURSUANT TO RULE 7.1** on the following counsel of record and/or parties via the Courts electronic filing system, addressed as follows:

CALLISTER LAW GROUP
Mitchell S. Bisson, Esq., NV Bar #11920
330 E. Charleston Boulevard, Suite 100
Las Vegas, NV 89104
*Attorney for Petitioners*

Dated: <u>Mon, Nov 19, 2018</u>.

*/s/ Morganne Westover*
An Employee of Fennemore Craig, P.C.

14323815.1/048955.0001