1   BRENOCH WIRTHLIN, ESQ.
    Nevada Bar # 10282
2   FENNEMORE CRAIG, P.C.
    300 S 4th Street, Suite 1400
3   Las Vegas, Nevada 89101
    Telephone: (702) 692-8000
4   Facsimile:   (702) 692-8099
    Email: bwirthlin@fclaw.com
5
    *Attorney for Plaintiff*
6

7                  **UNITED STATES DISTRICT COURT**

8                       **DISTRICT OF NEVADA**

9   JAVLIN NINE, LLC,                          Case No.:   2:18-cv-01922-GMN-PAL

10                   Plaintiff,

11      vs.

12  CALLISTER & ASSOCIATES, LLC, a Nevada      **STIPULATION AND ORDER TO EXTEND**
    limited liability company; and MATTHEW Q.  **DEADLINE TO RESPOND**
13  CALLISTER, individually as guarantor.          **[FOURTH REQUEST]**

14
                     Defendants.
15

16

17         IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, TITAN ASSET

18  PURCHASING, LLC and JAVLIN NINE, LLC, ("Plaintiffs"), and Defendants, CALLISTER &

19  ASSOCIATES, LLC, and MATTHEW Q. CALLISTER, (collectively "Defendants"), by and

20  through their respective counsel, as follows:

21      1. On October 30, 2018, a Motion to Substitute Party (Doc. 15) ("Motion to Substitute") was

22         filed herein, requesting substitution of Titan Asset Purchasing, LLC ("Titan Asset") as

23         Plaintiff in this matter;

24      2. On December 4, 2018, the Motion to Substitute was granted (Doc. 24);

25      3. Plaintiffs' Motion to Remand to State Court (Doc. 14) is still pending before the Court;

26         NOW THEREFORE IT IS STIPULATED AS FOLLOWS:

27      4. In order to conserve resources the parties agree that Plaintiffs' substantive response to the

28         Defendants' pending Response (Doc. 6) and Countermotion to Vacate Arbitration Award

FENNEMORE CRAIG, P.C.
300 S 4th Street, Suite 1400
Las Vegas, Nevada 89101
Tel: (702) 692-8000   Fax: (702) 692-8099

14461997.1/048955.0001

(Doc. 7) shall be due, if necessary, 14 days after notice of the Court's decision on the pending Motion to Remand to State Court (Doc. 14) if such Motion to Remand to State Court is denied.

DATED: December 11, 2018                    DATED: December 11, 2018

**FENNEMORE CRAIG, P.C.**                    **CALLISTER LAW GROUP**


By: ___*/s/ Brenoch R. Wirthlin*___        By: ___*/s/ Mitchell S. Bisson*___
Brenoch Wirthlin, Esq., NV Bar #10282       Mitchell S. Bisson, Esq., NV Bar #11920
300 S 4th Street, Suite 1400                330 E. Charleston Boulevard, Suite 100
Las Vegas, Nevada 89101                     Las Vegas, NV 89104
*Attorney for Plaintiff*                     *Attorney for Defendants*


## ORDER

**IT IS SO ORDERED.**

**DATED** this __12__ day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

14461997.1/048955.0001